UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-62779-RAR

**RALSTON G. DAVIS**,

    Petitioner,

v.

**FLORIDA DEPARTMENT OF CORRECTIONS**,

    Respondent.
_____/

**ORDER AFFIRMING AND ADOPTING REPORT AND
RECOMMENDATION AND DENYING PETITION FOR
WRIT OF HABEAS CORPUS UNDER 28 U.S.C. SECTION 2254**

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 21] ("Report") on Petitioner Ralston G. Davis's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [ECF No. 1] and Memorandum of Law in Support of Petition Filed Under 28 U.S.C. § 2254 [ECF No. 1-2] (collectively, the "Petition"). The Report recommends that the Petition be denied and that no certificate of appealability be issued. Report at 52. Petitioner objects to the Report's conclusions on all claims. *See* [ECF No. 22-1] ("Objections") at 1.

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Accordingly, the Court has conducted a *de novo* review of the entire Report in accordance with 28 U.S.C. section 636(b)(1)(C). *See Diaz v. United States*, No. 16-24126-CIV, 2018 WL 10150910, at *1 (S.D. Fla. Jan. 30, 2018) ("Because Movant has filed objections, the Court reviews the Report *de novo*[.]") (internal citations and quotations omitted).

Having carefully reviewed the Petition, the State's Response [ECF No. 13], the Petitioner's Reply [ECF No. 19], the Report, the Objections, and the factual record, it is hereby

**ORDERED AND ADJUDGED** that the Report [ECF No. 21] is **AFFIRMED AND ADOPTED**. Davis's Petition [ECF No. 1] under 28 U.S.C. section 2254 is **DENIED**. A certificate of appealability is **DENIED**.[1] The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of March, 2022.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

---

[1] A certificate of appealability "may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Because Petitioner Davis does not satisfy this burden, the Court will not issue a certificate of appealability.